UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In the Matter of: | Carl and Carolyn Morris, Debtor | Chapter 13 Case No. 15-30483-svk |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Carl and Carolyn Morris, by and through her attorneys, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

U. S. Courthouse - Clerk of Bankruptcy Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

Chad L. Schomburg
Debt Advisors, SC
2600 N. Mayfair Rd., Suite #700
Milwaukee, WI 53226

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

B. _X_ The unconfirmed Chapter 13 Plan dated September 24, 2015 - is modified as follows:

**The estimated payoff date for the Debtors' Thrift Savings Plan loan is November 2016. Therefore, Debtors' monthly plan payment shall increase to $1770.00 per month, paid in bi-weekly installments of $816.93, beginning in December 2016. Also, the Debtors will pay one-half of any net proceeds they receive from their Lipitor lawsuit to the Trustee.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**WHEREFORE**, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated this 8th day of January, 2016.

**DEBT ADVISORS, S.C.**
/s/ Chad L. Schomburg
Chad L. Schomburg, # 1036431

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In the Matter of: | Carl and Carolyn Morris, Debtor | Chapter 13<br>Case No. 15-30483-svk |

## CERTIFICATE OF MAILING

The undersigned, an Attorney, does hereby certify that a copy of the Motion to Modify Chapter 13 Plan filed this day, was electronically served or mailed on January 8, 2016 to:

1. United States Trustee's Office, via ECF.

2. Mary B. Grossman, Chapter 13 Trustee, via ECF.

3. List of Creditors (attached).

4. Debtor.

Dated this 8th day of January, 2016.

DEBT ADVISORS, S.C.
/s/ Chad L. Schomburg
Chad L. Schomburg, # 1036431

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Sterling Jewelers Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Deutsche Bk ELT Academic Ln Group<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 |
| Educators Credit Union<br>Attn: Bankruptcy Department<br>1326 Willow Road<br>Mt. Pleasant, WI 53177 | Educators Credit Union<br>Attn: Bankruptcy Department<br>1326 Willow Road<br>Mt. Pleasant, WI 53177 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| MILWAUKEE WATER WORKS<br>200 E WELLS ST<br>RM 800<br>MILWAUKEE WI 53202 | Froedtert & Medical College of Wisconsin<br>PO BOX 13428<br>Milwaukee, WI 53213-0428 | Ashro Lifestyle<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380 |
| Sterling Jewelers, Inc.<br>dba Jared The Galleria of Jewelry<br>c/o Buckley King LPA<br>600 Superior Avenue East, Suite 1400<br>Cleveland, Ohio 44114 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Marine Credit Union<br>P.O. Box 309<br>Onalaska, WI 54650 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Northstar Loans<br>7800 W Appleton Ave<br>Milwaukee, WI 53218 | Northstar Loans<br>7800 W Appleton Ave<br>Milwaukee, WI 53218 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | CERASTES, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | First Credit Union<br>2121 E Rawson Ave<br>Oak Creek, WI 53154 |
| We Energies<br>Attn Bankruptcy Dept. RM A130<br>333 W Everett St<br>Milwaukee WI 53203 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090 | U.S. Department of Education<br>c/o Fedloan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17105-9184 |