UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In the Matter of: | Carl and Carolyn Morris, Debtor | Chapter 13<br>Case No. 15-30483-svk |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Carl and Carolyn Morris, by and through her attorneys, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> U. S. Courthouse - Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

> Chad L. Schomburg
> Debt Advisors, SC
> 2600 N. Mayfair Rd., Suite #700
> Milwaukee, WI 53226

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    __X__ the Debtors;

    _____ the Chapter 13 Trustee (post-confirmation modifications only);

    _____ the holder of an unsecured claim (Name:_____) (post-confirmation modifications only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. _____ post-confirmation;

    B. __X__ pre-confirmation (Select i. or ii.):

    i. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

    - **Amend the plan to provide for a step up in plan payments upon payment in full of the Debtors' Thrift Savings Plan loan, to account for any proceeds from the Lipitor class-action lawsuit, to account for the claim filed by United Consumer Financial Services, claim #11, and to reduce the amount paid to general unsecured creditors**

4. The reason(s) for the modification is/are: **to provide for a step up in plan payments upon payment in full of the Debtors' Thrift Savings Plan loan, to account for any proceeds from the Lipitor class-action lawsuit, to account for the claim filed by United Consumer**

Financial Services, claim #11, and to reduce the amount paid to general unsecured creditors.

5. Select A. or B.

   A. ___ The Chapter 13 Plan confirmed or last modified on is modified as follows:

   B. _X_ The unconfirmed Chapter 13 Plan dated September 24, 2015 - is modified as follows:

   The estimated payoff date for the Debtors' Thrift Savings Plan loan is November 2016. Therefore, Debtors' monthly plan payment shall increase to $1770.00 per month, paid in bi-weekly installments of $816.93, beginning in December 2016. Also, the Debtors will pay to the Trustee any non-exempt portion of any settlement they receive from the pending Lipitor lawsuit. The Trustee shall pay the secured claim of United Consumer Financial Services, claim #11, in full through the Plan. Finally, after all other classes have been paid, Trustee will to creditors with allowed general unsecured claims a pro rata share of not less than $21,180.00 or 51%, whichever is greater.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

   **WHEREFORE**, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated this 26th day of January, 2016.

**DEBT ADVISORS, S.C.**
/s/ Chad L. Schomburg
Chad L. Schomburg, # 1036431

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| In the Matter of: | Carl and Carolyn Morris, Debtor | Chapter 13<br>Case No. 15-30483-svk |
|---|---|---|

## CERTIFICATE OF MAILING

The undersigned, an Attorney, does hereby certify that a copy of the Motion to Modify Chapter 13 Plan filed this day, was electronically served or mailed on January 26, 2016 to:

1. United States Trustee's Office, via ECF.
2. Mary B. Grossman, Chapter 13 Trustee, via ECF.
3. List of Creditors (attached).
4. Debtor.

Dated this 26th day of January, 2016.

DEBT ADVISORS, S.C.
/s/ Chad L. Schomburg
Chad L. Schomburg, # 1036431

Debt Advisors, SC
2600 N. Mayfair Road, Suite 700
Milwaukee, WI 53226
T: 414-755-2400
F: 414-257-0172

Label Matrix for local noticing
0757-2
Case 15-30483-svk
Eastern District of Wisconsin
Milwaukee
Mon Jan 25 15:58:53 CST 2016

AT&T
Risk Management Office
135 S. 95th St.
Milwaukee, WI 53214-1226

Acs/wachovia Education
Attn: Wachovia Education Finance
Po Box 7057
Utica, NY 13504-7057

American Home Mtg Srv/Homeward Residenta
Ahmsi / Attention: Bankruptcy
Po Box 631730-1730
Irving, TX 75063

Amex Dsnb
9111 Duke Blvd
Mason, OH 45040-8999

Ashro Lifestyle
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Cap1/mnrds
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Collect Asso
Po Box 465
Brookfield, WI 53008-0465

Consumer Cellular
7204 SW Durham Road
Suite 300
Portland, OR 97224-7574

OCWEN LOAN SERVICING, LLC
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave
Suite 100
Boca Raton, FL 33487-2853

Academic Loan Group/gl
Po Box 7860
Madison, WI 53707-7860

Alliance Collection Agencies
P.O Box 1267
Marshfield, WI 54449-7267

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA 90051-5478

Ashley Stewart
Comenity
Po Box 182124
Columbus, OH 43218-2124

CERASTES, LLC
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/New York & Company
Attention: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-2125

Department Stores National Bank
c/o American InfoSource LP
PO Box 4457
Houston, TX 77210-4457

United Consumer Financial Serv.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

Acaln/glelsi
P.o. Box 7860
Madison, WI 53707-7860

Amc Mortgage Services
10801 6th Street
Rancho Cucamon, CA 91730-5977

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Ashro
3650 Milwaukee St.
Madison, WI 53714-2304

Cap One Na
Po Box 26625
Richmond, VA 23261-6625

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

City of Milwaukee Water
841 N Broadway Room 406
Milwaukee, WI 53202-3613

Comenity Bank/Torrid
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Deutsche Bk ELT Academic Ln Group
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Discover Bank  
Discover Products Inc  
PO Box 3025  
New Albany, OH 43054-3025

Discover Fin Svcs Llc  
Po Box 15316  
Wilmington, DE 19850-5316

Diversified Consultant  
10550 Deerwood Park Blvd  
Jacksonville, FL 32256-0596

Dsnb Macys  
9111 Duke Blvd  
Mason, OH 45040-8999

(p)EDUCATORS CREDIT UNION  
1326 WILLOW RD  
MOUNT PLEASANT WI 53177-1917

Falls Anesthesia Assoc., S.C.  
225 S Executive Drive  
Brookfield, WI 53005-4257

Fed Loan Serv  
Po Box 60610  
Harrisburg, PA 17106-0610

First Credit Union  
2121 E Rawson Ave  
Oak Creek, WI 53154-1642

Froedert Health/Community Mem. Hosp.  
400 Woodlawn Prime, Suite 103  
N74 W12501 Leatherwood Ct.  
Menomonee Falls, WI 53051-4490

Froedtert & Medical College of Wisconsin  
PO BOX 13428  
Milwaukee, WI 53213-0428

Gm Financial  
Po Box 181145  
Arlington, TX 76096-1145

Harley Davidson Financial  
Attention: Bankruptcy  
Po Box 22048  
Carson City, NV 89721-2048

Internal Revenue Service  
Department of the Treasury  
P.O. Box 7346  
Philadelphia, PA 19101-7346

Jared/Sterling Jewelers  
Po Box 1799  
Attn: Bankruptcy  
Akron, OH 44309-1799

Joseph, Mann & Creed  
P.O. Box 1270  
Twinsburg, OH 44087-9270

K.T. Distributing  
1379 S. Howell Ave.  
Milwaukee, WI 53207-5053

MILWAUKEE WATER WORKS  
200 E WELLS ST  
RM 800  
MILWAUKEE WI 53202-3515

Marine Credit Union  
P.O. Box 309  
Onalaska, WI 54650-0309

Marine Cu  
Po Box 309  
Fond Du Lac, WI 54936-0309

Medical College Physicians  
P.O. Box 13308  
Milwaukee, WI 53213-0308

Midland Funding LLC  
PO Box 2011  
Warren, MI 48090-2011

Northstar Loans  
7800 W Appleton Ave  
Milwaukee, WI 53218-5309

Oac  
Po Box 500  
Baraboo, WI 53913-0500

Ocwen Loan Servicing L  
12650 Ingenuity Dr  
Orlando, FL 32826-2703

Office of the U. S. Trustee  
517 East Wisconsin Ave.  
Room 430  
Milwaukee, WI 53202-4510

Omega RMS, LLC  
P.O. Box 801688  
Kansas City, MO 64180-0001

Omega Rms  
7505 W Tiffany Spr  
Kansas City, MO 64153-1313

Optimum Outcomes Inc  
2651 Warrenville Rd Ste  
Downers Grove, IL 60515-5559

Quantum3 Group LLC as agent for  
Comenity Bank  
PO Box 788  
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for  
Sterling Jewelers Inc  
PO Box 788  
Kirkland, WA 98083-0788

Santander Consumer Usa
Po Box 961245
Fort Worth, TX 76161-0244

Sears/cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Special Procedures Unit
Wisconsin Department of Revenue
PO Box 8901
Madison, WI 53708-8901

Sterling Jewelers, Inc.
dba Jared The Galleria of Jewelry
c/o Buckley King LPA
600 Superior Avenue East, Suite 1400
Cleveland, Ohio 44114-2693

Summit Credit Union
2424 Rimrock Rd
Madison, WI 53713-2701

Synchrony Bank / HH Gregg
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank/ Old Navy
Attention: GEMB
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank/Select Comfort
Attn: Bankruptcy Dept
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank/ShopNBC(Evine Live)
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

U.S. Department of Education
c/o Fedloan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

United Consumer Financial Services
865 Bassett Rd
Westlake, OH 44145-1194

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Us Dep Ed
Po Box 5609
Greenville, TX 75403-5609

Veteransadmi
5000 W. National A
Milwaukee, WI 53295-0001

We Energies
Attn Bankruptcy Dept. RM A130
333 W Everett St
Milwaukee WI 53290-0002

Wi Electric / Wi Energies
Attention: Jill Costello
Po Box 2046 Room A130
Milwaukee, WI 53201-2046

Carl Edward Morris
9340 W. Brentwood Ct.
Milwaukee, WI 53224-5209

Carolyn Ann Morris
9340 W. Brentwood Ct.
Milwaukee, WI 53224-5209

Chad L. Schomburg
2600 N. Mayfair Road
Suite 700
Milwaukee, WI 53226-1314

Mary B. Grossman
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203-0161

Michael S. Georg
Debt Advisors, S.C.
2600 N. Mayfair Road
#700
Milwaukee, WI 53226-1314

---

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect Inc
1851 S Alverno Rd
Manitowoc, WI 54220

Educators Credit Union
Attn: Bankruptcy Department
1326 Willow Road
Mt. Pleasant, WI 53177

(d)Educators Credit Union
Attn: Bankruptcy Dept
1400 N Newman Road
Racine, WI 53406

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aurora Health            (u)Aurora UW Acedemic Medical Group        (u)Safe Security???
Address???                  Address???                                 Address???


End of Label Matrix
Mailable recipients   81
Bypassed recipients    3
Total                 84